IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 09-cv-01976-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  November 2, 2009 | Courtroom Deputy: Bernique Abiakam |

*Parties:*                                                        *Counsel:*

VIDAL  RODRIGUEZ  and  SUI                Carole F. Kafrissen
RODRIGUEZ,

      Plaintiffs,


v.


THE  KROGER  COMPANY, d/b/a  City           Frederick G. Aldrich
Market,

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session: 10:07 a.m.**
Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED:   A Scheduling Conference is set on December 8, 2009 at 11:30 a.m.   Proposed Scheduling Order due by December 2, 2009.  Counsel may appear via telephone, if necessary.**

**ORDERED:   The parties shall complete Rule 26(a)(1) disclosures on or before December 2, 2009.  The parties shall have their Rule 26(f) meeting at a time convenient for them.**

**ORDERED:   The parties shall submit Confidential Settlement Statements no later than 5:00 p.m. on December 2, 2009.**

*09-cv-01976-JLK-CBS*
*Telephonic Status Conference*
*November 2, 2009*

**ORDERED:   Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(5) [Filed 10/20/09; Doc. No. 9] is considered WITHDRAWN.**

Hearing Concluded.

**Court in recess: 10:12 a.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.