**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks        Date: May 6, 2011
Court Reporter: Janet Coppock                Time: one hour and 5 minutes

**CASE NO.  09-cv-01976-PAB-CBS**

<u>Parties</u>                                <u>Counsel</u>

**VIDAL RODRIGUEZ, and**                     Carole Kafrissen
**SUI RODRIGUEZ,**

       Plaintiff (s),

vs.

**DILLON COMPANIES, INC.,**                  Frederick Aldrich

       Defendant (s).

**TRIAL PREPARATION CONFERENCE**

**1:31 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Vidal Rodriguez is present.

Matter set for a 4-day jury trial, commencing May 23, 2011.

Counsel are advised that the there is another civil trial that has priority, set to commence on May 23, 2011 and it appears that case will proceed to trial.

Page Two
09-cv-01976-PAB-CBS
May 6, 2011

Counsel is further advised that the Court will let them know if the other case settles.

Court and counsel discuss pending motions and why plaintiff's motion for partial summary judgment is not out of time.

**ORDERED:** Plaintiffs may file a brief in support of their position regarding compliance of Rule 26 expert disclosures by **May 13, 2011.** Defendant may respond by **12:00 noon on May 19, 2011.**

**ORDERED:** Plaintiffs' Motion for Partial Summary Judgment and for Removal of Causation Question from Jury Verdict Form (Doc #53), filed 4/20/11 is **DENIED.**

**Plaintiff's Amended Motion in Limine to Preclude Defendant from Introducing into Evidence the Maintenance Agreement Between Dillon Companies, Inc., and Triad Service Solutions (Doc #56), filed 4/21/11.**

**1:56 p.m.**   Argument by Mr. Aldrich in opposition to plaintiffs' motion.

**2:02 p.m.**   Argument by Ms. Kafrissen in support.  Questions by the Court.

**2:04 p.m.**   Further argument by Mr. Aldrich.  Questions by the Court.

Court states its findings.

**ORDERED:** Plaintiff's Amended Motion in Limine to Preclude Defendant from Introducing into Evidence the Maintenance Agreement Between Dillon Companies, Inc., and Triad Service Solutions (Doc #56), filed 4/21/11, is **GRANTED.**

**ORDERED:** Plaintiffs' Amended Motion in Limine to Preclude Defendant From Presenting Any Argument to the Jury Regarding Causation of Plaintiff's Injuries Other that the Slip/fall Accident of August 16, 2008 (Doc #57), filed 4/21/11, is **DENIED.**

**Plaintiffs' Motion in Limine to Preclude Any Evidence Regarding Prior Alcohol Abuse and Alcohol (Doc #67), filed 4/28/11.**

**2:11 p.m.**    Argument by Mr. Aldrich in opposition to plaintiffs' motion.

**2:14 p.m.**   Argument by Ms. Kafrissen in support.

Page Three
09-cv-01976-PAB-CBS
May 6, 2011

**ORDERED:** Plaintiffs' Motion in Limine to Preclude Any Evidence Regarding Prior Alcohol Abuse and Alcohol (Doc #67), filed 4/28/11, is **GRANTED**.

Court and counsel discuss Judge Brimmer's Practice Standards, including jury selection of nine, jury instructions, voir dire questions, witness sequestration, witnesses and 30 minute opening statements.

**ORDERED:** Counsel directed to confer with each other and prepare a Statement of the Case and stipulate to exhibits.

**ORDERED:** Court will issue a minute order advising counsel that this trial is vacated and directing counsel to call and reschedule the trial.

**2:36 p.m.    COURT IN RECESS**

**Total in court time:         65 minutes**

**Hearing concluded**