IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01976-PAB-CBS

VIDAL RODRIGUEZ and SUI RODRIGUEZ,

     Plaintiffs,

v.

DILLON COMPANIES, INC.,

     Defendant.

_____

**ORDER**
_____

This matter has been scheduled for a four-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **October 17, 2011 at 8:00 a.m.**

A Trial Preparation Conference is set for **October 6, 2011 at 1:00 p.m.** Counsel

who will try the case shall attend in person.

**Fourteen days** before the trial preparation conference, counsel and any pro se

party may submit any additional proposed jury instructions and verdict forms.  Any such

jury instructions shall identify the source of the instruction and supporting authority, e.g.

§ 103, Fed. Jury Practice, O'Malley, Grenig, and Lee (5th ed.).  The parties shall submit

such instructions and verdict forms both via CM/ECF and by electronic mail to

**brimmer_chambers@cod.uscourts.gov** in Word Perfect format (Word Perfect 12 or a

later version) or Word format.  Verdict forms shall be submitted in a separate file from

jury instructions.  Within the jury instruction file, each jury instruction shall begin on a new page.

Each additional instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for purposes of making a record at the jury instruction conference.  The parties shall attempt to stipulate to any additional jury instructions, particularly "stock" instructions and verdict forms.

In diversity cases where Colorado law applies, please submit instructions and verdict forms that conform to CJI-Civ 4th.

**Seven days** before the trial preparation conference, the parties may file via CM/ECF (1) any additional proposed *voir dire* questions; (2) revised witness lists; and (3) revised exhibit lists.  Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx.  Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

To the extent the deadlines and other provisions of this order conflict with this Court's Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)      jury selection;

2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact; and

6)      any other issue affecting the duration or course of the trial.


DATED June 3, 2011.

                                        BY THE COURT:


                                         s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge