IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01976-PAB-CBS

VIDAL RODRIGUEZ and
SUI RODRIGUEZ,

     Plaintiffs,

v.

DILLON COMPANIES, INC.,

     Defendant.

_____

## ORDER
_____

     This matter is before the Court on the parties' Stipulation and Joint Motion for Dismissal of Complaint With Prejudice [Docket No. 103].  The Court having reviewed the motion, it is

     **ORDERED** that the Stipulation and Joint Motion for Dismissal of Complaint With Prejudice [Docket No. 103] is GRANTED.  This case is dismissed with prejudice, each party to bear their own costs, expenses, and attorney's fees.  It is further

     **ORDERED** that this case be closed in its entirety.

     DATED November 28, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge